UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
EVA CLARKE,

Plaintiff,

- against -

JOHN PAUL MITCHELL SYSTEMS; L'OREAL USA, INC.; L'OREAL USA PRODUCTS, INC.; HENKEL a/k/a HENKEL AG & CO. KGaA; SCHWARZKOPF; PRAVANA; JOICO; L'ANZA HEALING HAIRCARE; DAVEXLABS, LLC; GOLDWELL NEW YORK; COSMOPROF SERVICES USA, LLC; SALLY BEAUTY HOLDINGS, INC.,

Defendants.
-------------------------------------------X

**ORDER**

25 Civ. 10289 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated October 19, 2026 and October 21, 2026, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

Plaintiff is reminded that if, consistent with Rule 11, she can assert additional allegations to cure any alleged deficiencies raised by defendants' letter, it would be in the best interest of both the parties and the Court for plaintiff to assert them now, before briefing on the proposed motions. Plaintiff is thus granted leave to file an amended complaint by November 24, 2026. At that time, if no amended complaint has been filed, the parties should confer on a briefing schedule agreeable to both sides, in

which no more than sixty days elapse from the filing of defendants' motion to the filing of plaintiff's reply.

**SO ORDERED.**

Dated: New York, New York
November 10, 2026

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE